## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 936 MAL 2015
                                       :

          Respondent            :
                                         :    Petition for Allowance of Appeal from
                                         :    the Order of the Superior Court
         v.                          :
                                         :
                                         :
KELLY SANDERS,                 :
                                         :
          Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.